# VICTIM

CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Carlos Maximilliano Galvan<br>DOB: 1981; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04936MJ** |

Complaint for violation of Title 18, United States Code § § § 1111 & 1153 & 111(a)(1) and (b)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:
On or about August 27, 2020, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, CARLOS MAXIMILLIANO GALVAN, an Indian, with premeditation and malice aforethought, did unlawfully kill B.B., in violation of Title 18, United States Code, Sections 1111 & 1153.

On or about August 27, 2020 CARLOS MAXIMILLIANO GALVAN, in the District of Arizona, did knowingly, intentionally, and recklessly use and attempt to use force in assaulting, resisting, opposing, impeding, intimidating, and interfering with A.A., a person designated under Title 18, United States Code, Section 1114 at the time, while engaged in or on account of the performance of his official duties, and in doing so, the defendant used a dangerous weapon, that is, a motor vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

On or about August 27, 2020 CARLOS MAXIMILLIANO GALVAN, in the District of Arizona, did knowingly, intentionally, and recklessly use or attempt to use force in assaulting, resisting, opposing, impeding, intimidating, and interfering with P.G., a person designated under Title 18, United States Code, Section 1114 at the time, while engaged in or on account of the performance of his official duties, and in doing so, the defendant used a dangerous weapon, that is, a motor vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

On or about August 27, 2020 CARLOS MAXIMILLIANO GALVAN, in the District of Arizona, did knowingly, intentionally, and recklessly use or attempt to use force in assaulting, resisting, opposing, impeding, intimidating, and interfering with A.M., a person designated under Title 18, United States Code, Section 1114 at the time, while engaged in or on account of the performance of his official duties, and in doing so, the defendant used a dangerous weapon, that is, a motor vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

*Continued onto 2nd Page

20-04936MJ

## BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about August 27th, 2020, the Tohono O'odham Nation Police Department (TOPD) responded to the Desert Diamond Casino Why, in Why, Arizona on the Tohono O'odham Nation, a Federally Recognized Tribe, Indian Country. Upon arrival, TOPD Officer B.B. encountered CARLOS MAXIMILLIANO GALVAN, who was standing outside of his vehicle, a 1999 Crown Victoria, with Arizona Registration CMV4982. GALVAN approached Officer B.B., while holding a broken bottle. Officer B.B. began backing away from his vehicle as GALVAN approached. GALVAN entered Officer B.B.'s fully marked TOPD Patrol Vehicle and began to flee in the Patrol Vehicle. GALVAN drove onto Highway 86, turned the patrol vehicle around, and drove back onto the dirt shoulder toward a fully marked United States Border Patrol vehicle and Officer B.B.. GALVAN continued driving towards them and struck the USBP Vehicle. USBP Agent A.A. was standing on the passenger side of his vehicle when GALVAN struck the USBP Vehicle on the rear passenger side with enough force to spin the USBP vehicle approximately 180 degrees around. GALVAN then drove toward Officer B.B., at which point Officer B.B. discharged his service weapon at the Patrol Vehicle occupied by GALVAN. GALVAN, struck and ran over Officer B.B., and then began to flee westbound.

While fleeing westbound, GALVAN encountered USBP Agent P.G. in a marked USBP vehicle. GALVAN struck Agent P.G.'s vehicle. GALVAN continued to attempt to flee, and struck another unmarked USBP Vehicle occupied by Agent A.M. Galvan continued to ram and strike both Agent P.G. and Agent A.M.'s vehicles. Lieutenant Cook from TOPD arrived on scene, and GALVAN exited his vehicle and was detained by TOPD and USBP. GALVAN was observed to have an injury to his neck, and was transported to a hospital in Phoenix, Arizona. GALVAN was identified to be an enrolled member of the Pascua Yaqui Tribe, a Federally Recognized Tribe.

Officer B.B. was airlifted to a Hospital in Phoenix, Arizona where he was pronounced deceased at approximately 10:57A.M.

GALVAN was interviewed post-Miranda and stated that he had been awake for days and high on meth. GALVAN stated that he remembered backing up into an Officer. GALVAN then said that he was spooked from hitting the Officer and then he took off. GALVAN stated that he knew it was an officer that he backed into, and that it was a white truck.

## MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| | |
|---|---|
| DETENTION REQUESTED <br> COMPLAINT REVIEWED by AUSA Frances Kreamer Hope <br><br> *Being duly sworn, I declare that the foregoing is* <br> *true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT <br><br> OFFICIAL TITLE & NAME: <br> SA David Neill |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> August 28, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54